

NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed November 28, 2007

United States Bankruptcy Judge

___

FORM 1213.259259

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

IN RE:
MARIO ESPARZA
REBECCA MARIE ESPARZA
1225 SANTA BARBARA DR

WICHITA FALLS TX 76302

CASE NO: 04-70504-HDH-13
JUDGE: Harlin D. Hale
DATED: October 26, 2007
CHAPTER 13

___

**ORDER DISCHARGING STANDING TRUSTEE,
TERMINATING FURTHER LIABILITY ON BOND**

___

It appearing to the Court that Walter O'Cheskey, Chapter 13 Trustee in the above-styled case under Chapter 13 of Title 11 of the United States Bankruptcy Code, has filed a Final Report and Accounting showing that the estate in this case has been fully administered by the Chapter 13 Trustee, and that a copy thereof has been served on the United States Trustee, and all parties in interest, and that no objection was filed by the United States Trustee or a party in interest within 30 days, it is presumed by the express wording of Bankruptcy Rule 5009 that this estate has been fully administered by the Chapter 13 Trustee, and that the Standing Chapter 13 Trustee does not hold any funds to be paid or distributed in this case and that he should be discharged and further liability on the said Trustee's bond with respect to this case be terminated; therefore,

IT IS ORDERED:
That Walter O'Cheskey, Chapter 13 Trustee in this case, is discharged; that he and the sureties or surety on his Trustee's Bond are relieved from liability with respect to this case, except such liability as may have accrued heretofore and that such Bond is terminated as to this case.

# # # End of Order # # #

  /s/  Walter O'Cheskey
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424